JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MAE RATCLIFFE, | NO. CV 08-5014 SVW (FMO) |
| Petitioner, | |
| v. | JUDGMENT |
| TINA HORNBEAK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 13, 2008.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE